# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,                                   CASE No.: 3:25-cv-00220-HES-LLL
    Plaintiff,

vs.

MOODY BOULEVARD
ASSOCIATES, LLC, and DOLGEN
CORP, LLC, d/b/a DOLLAR
GENERAL STORE #8648,
    Defendants.

_____/

## NOTICE OF SETTLEMENT
## (as to Defendant Dolgen Corp, LLC only)

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby notify the Court that Plaintiff and Defendant, Dolgen Corp, LLC d/b/a Dollar General Store #8648, have resolved the matters in controversy in this action between them.

**Dated May 14, 2025.**

                                                      By: /s/ Anthony T. Litsch III
                                                      Anthony T. Litsch III
                                                      1368 Turnbull Bay Road, Suite 303
                                                      New Smyrna Beach, FL 32168
                                                      Phone: (386) 409-7252
                                                      Email: bb_litsch4@att.net
                                                      Email: anthonytlitschiii@gmail.com
                                                      Florida Bar #0084437
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Service will be made by other means to any party not signed up with the CM / ECF system.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff
