UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,  
    Plaintiff,

CASE No.: 3:25-cv-00220-HES-LLL

vs.

MOODY BOULEVARD ASSOCIATES, LLC, and DOLGEN CORP, LLC, d/b/a DOLLAR GENERAL STORE #8648,  
    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**  
(entire case)

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice of this action against all Defendants, Moody Boulevard Associates, LLC and Dolgen Corp, LLC d/b/a Dollar General Store #8648, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). **Dated: July 18, 2025.**

By: /s/ Anthony T. Litsch III  
Anthony T. Litsch III  
1368 Turnbull Bay Road, Suite 303  
New Smyrna Beach, FL 32168  
Phone: (386) 409-7252  
Email: bb_litsch4@att.net  
Email: anthonytlitschiii@gmail.com  
Florida Bar #0084437  
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ Anthony T. Litsch III
    Anthony T. Litsch III
    1368 Turnbull Bay Road, Suite 303
    New Smyrna Beach, Florida 32168
    Telephone: 386-409-7252
    Email: bb_litsch4@att.net
    Email: AnthonyTLitschiii@gmail.com
    Florida Bar Number: 0084437
    Attorney for Plaintiff