UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                                     CASE NO. 3:25-cv-220-HES-LLL

MOODY BOULEVARD
ASSOCIATES, LLC, and DOLGEN
CORP, LLC, d/b/a DOLLAR
GENERAL STORE #8648,

    Defendants.
_____/

## O R D E R

    This matter is before this Court on Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 18). In this pleading, Plaintiff explains she is voluntarily dismissing with prejudice this action.

    Accordingly, it is **ORDERED**:

    1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 18) is **GRANTED**; Plaintiff's claims in this action against all Defendants are **dismissed with prejudice**; and

    2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of July 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Anthony T. Litsch, III, Esq.
Thomas R. Brice, Jr., Esq.